IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MADELYN DAVIS,

Plaintiff,

v.

BRENT ROMBACH,

Defendant.

Case No. 18-cv-9 JPG/MAB

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: April 1, 2019**        MARGARET M. ROBERTIE, Clerk of Court

<u>**s/Tina Gray, Deputy Clerk**</u>

**Approved:** <u>*s/J. Phil Gilbert*</u>
**J. PHIL GILBERT**
**DISTRICT JUDGE**